HELEN M. ALLEN, Respondent, v. HARRY R. ALLEN, Appellant.— Judgment of separation modified so as to provide that, beginning April 15, 1934, the amount of alimony be reduced from $300 to $200 a month, and as so modified unanimously affirmed, without costs. Finding of fact numbered 15 and conclusion of law numbered 4 are modified accordingly. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

CHRISTINE BECK, Respondent, v. DORA WOLLSCHLAGER, Appellant, and THE LINCOLN SAVINGS BANK OF BROOKLYN, Defendant.— In an action to recover plaintiff's share of a savings bank deposit, order granting summary judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Order striking out defenses and counterclaims in the answer of defendant Wollschlager and for judgment reversed on the law and the facts and motion granted to the extent of striking out the second separate defense and counterclaim, without costs. Judgment entered upon the above orders reversed on the law and the facts. In our opinion, there are presented upon this record issues which require a trial, and the granting of summary judgment was, therefore, erroneous. The plaintiff, however, was entitled to an order striking out the defendant's second defense and counterclaim for the reason that such counterclaim was not one which could properly be interposed in this action. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

SAMUEL M. BIRNBAUM and Another, Respondents, v. HARLAND HOLMDEN, as Acting President of Moving Picture Machine Operators Union, Local No. 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Unincorporated Association of More than Seven Persons, and Others, Appellants.— Order denying motion to dismiss the complaint for insufficiency and order denying motion to make the complaint more definite and certain and to strike out immaterial portions thereof affirmed, with ten dollars costs and disbursements. The defendants may answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

NATHAN BRESNICK, as Administrator, etc., of ABBA BRESNICK, Deceased, Respondent, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— The operator of the passenger elevator in an apartment house owned by defendant left the elevator at the second floor, with the sliding door partly open. On a visit to one of the tenants, the decedent, nine years old, followed his mother and brother up the stairs that wound around the elevator shaft. When they reached the second floor, decedent put his hand through the open door of the shaft and pushed the handle of the wheel that controlled the elevator. The car started, carrying with it the decedent, whose body was "half in and half out." When the car reached the top of the door, the boy's hold was broken and he fell to the bottom of the shaft and was killed. In an action to recover damages, the administrator, his father, was awarded a judgment in the sum of $6,842.60. From that judgment and from an order denying its motion to set aside the verdict and grant a new trial, the defendant appeals. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.